## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSHUA HARDY,<br>Individually and on behalf of all others similarly situated<br><br>　　　　Plaintiff<br><br>vs.<br><br>NISOURCE INC.<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§　　No. 4:23-cv-00204-TCK-SH<br>§<br>§<br>§<br>§<br>§ |

### ORDER GRANTING JOINT STIPULATION TO STAY PENDING ARBITRATION

Before the Court is Plaintiff Joshua Hardy ("Hardy"), opt-in Plaintiff Travis Herring ("Herring"), and Defendant NiSource Inc.'s ("Defendant") (collectively, "Parties") Stipulation to Stay Pending Arbitration. (Dkt. No. 41). The Court, having considered this pleading, finds that this case should be stayed pending the Parties' agreement to proceed with the claims in arbitration.

Accordingly, for good cause shown, the Court GRANTS the Stipulation, and ORDERS the matter stayed pending the Parties proceeding with the claims in arbitration.

It is further ORDERED that the Parties are directed to file a motion to affirm the arbitration award or a stipulation of dismissal no more than fourteen (14) days after the conclusion of arbitration, or alternatively a settlement is reached.

IT IS SO ORDERED this 28th day of June, 2023.

_____
TERENCE C. KERN
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/ *Carl A. Fitz*
**Michael A. Josephson**
State Bar No. 24014780
**Andrew W. Dunlap**
State Bar No. 24078444
**Carl A. Fitz**
Texas Bar No. 24105863
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
cfitz@mybackwages.com

AND

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH, PLLC**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

*/s/ Jessica L. Craft*
Jessica L. Craft, OBA #31126
Littler Mendelson, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010-3031
Telephone: 713.951.9400
Fax: 713.951.9212
jcraft@littler.com

ATTORNEY FOR DEFENDANT
NISOURCE INC.